FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>ANTONIO VASQUEZ<br><br>                              Defendant. | Case No. CR 04-00798-CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a) (6)<br>18 U.S.C. § 3143 (a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

    On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

    1.   The court finds that no condition or combination of conditions will reasonably assure:

         A.   (✓) the appearance of defendant as required; and/or

         B.   (  ) the safety of any person or the community.

    2.   The Court concludes:

         A.   (  ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the

community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

nature of the offense; criminal history; unknown bail information

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: January 2, 2008

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE